UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

| | |
|---|---|
| K.B., by and through her natural parent, *Jennifer Qassis* and Lillian Knox-Bender on behalf of themselves and all others similarly situated, ) ) ) ) | |
| Plaintiffs, ) ) | |
| vs. ) ) | Case No. 2:17-cv-02391- JPM-tmp |
| METHODIST HEALTHCARE− MEMPHIS HOSPITALS d/b/a Methodist Hospital and Le Bonheur Children's Hospital, ) ) ) ) | Putative Class Action |
| Defendant. ) | |

**MOTION TO AMEND THE COMPLAINT -FEDERAL**

Come now the Plaintiffs, by and through below signed counsel, and pursuant to Fed.R.Civ.P. 15(a) respectfully Move this Honorable Court to grant them leave to file the attached proposed Amended Complaint-Federal.

The proposed complaint conforms to the discovery obtained thus far and adheres to the federal rules governing the form of a federal complaint.

Plaintiffs make this motion to further the litigation. In taking this action, Plaintiffs do not intend to waive their position that there is no exclusive federal jurisdiction in this matter.

Plaintiffs' counsel consulted with defense counsel and the Defendant does not oppose this motion.

WHEREFORE, the Plaintiffs request that the Court grant the Motion to Amend the Complaint and accept the contemporaneously filed Amended Complaint-Federal as filed.

Respectfully submitted this 31st day of August 2017 by:

/s/ James E. Blount, IV
James E. Blount, IV (19301)
1950 West Poplar
Collierville, Tennessee 38027
jimmy@blountfirm.com
901-529-9377

Benjamin L. Taylor (021272)
Attorney for Plaintiffs
961 Main Street
Southaven, Mississippi  38671

A. James Andrews
Attorney for Plaintiffs
942 Scenic Drive
Knoxville, Tennessee 37919
andrewsesq@icx.net
865-660-3993

Karl Schledwitz, Esq.
Attorney for the Plaintiffs
530 Oak Court Dr Ste 400,
Memphis, TN 38117

CERTIFICATE OF SERVICE

I certify that a true and exact copy of the foregoing was emailed this 31st day of August 2017 to:

Buckner Welford and
Matt Mulqueen
Baker, Donelson, Bearman, Caldwell & Berkowitz, PC
First Tennessee Building
165 Madison Avenue, Suite 2000
Memphis, TN 38103

bwellford@bakerdonelson.com
mmulqueen@bakerdonelson.com

/s/ James E. Blount, IV