# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TENNESSEE
# WESTERN DIVISION

| | |
|---|---|
| K.B., by and through her natural parent, *Jennifer Qassis* and Lillian Knox-Bender on behalf of themselves and all others similarly situated, <br><br> Plaintiff, <br><br> v. <br><br> METHODIST HEALTHCARE− MEMPHIS HOSPITALS d/b/a Methodist Hospital and Le Bonheur Children's Hospital, <br><br> Defendant. | Case No. 2:17-cv-02391-JPM-tmp |

## JUDGMENT

**JUDGMENT BY COURT.** This action having come before the Court on Motion for Methodist Healthcare's Motion for Judgment on the Pleadings, filed on September 19, 2017. (ECF No. 51),

**IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED** that, in accordance with the Order Granting Defendant's Motion for Judgment of the Pleadings (ECF No. 128.) this action is DISMISSED WITH PREJUDICE.

**APPROVED:**

　/s/ Jon P. McCalla
JON P. McCALLA
UNITED STATES DISTRICT JUDGE

　September 28, 2018
Date